UNITES STATES BANKRUPTCY COURT<br>
FOR THE<br>
WESTERN DISTRICT OF KENTUCKY

In Re:
    BEVERLY V MILES             Case No:
                                               12-32389

    Debtor(s)

**NOTICE TO PAY UNCLAIMED MONEY INTO**<br>
**UNITED STATES TREASURY ACCOUNT**

Comes William W. Lawrence, Trustee herein and states in the above-styled case the following check(s), issued more than ninety(90) days ago, remains uncashed and/or returned as undelivered:

| Date of Check | Claimant(s) | Amount |
|---|---|---|
| September 01, 2017 | BEVERLY V MILES<br>4445 W WASHINGTON BLVD<br>CHICAGO, IL  60624 | $1,040.00 |

Wherefore, the Trustee is attaching a check in the sum of $1,040.00 made payable to the Clerk, U.S. Bankruptcy Court, for deposit in the Treasury Account for unclaimed funds(11 U.S.C. Section 347).

*/s/ William W. Lawrence*
William W. Lawrence, Trustee
310 Republic Plaza
200 S. 7th Street
Louisville, KY 40202